IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WILKINS, | ) | No. C 04-03896 JW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER MABANG, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On May 24, 2007, mail sent by the Clerk of Court to plaintiff was returned as undeliverable because plaintiff was not at the last address he had provided. Civil Local Rule 3-11 provides for the dismissal of an action in which a pro se plaintiff fails to notify the Court of a change of address within 60 days of the date mail is returned to the Court as not deliverable. To date, plaintiff has not notified the Court of a change of address, nor has he otherwise indicated to the Court his correct current address. As more than 60 days have passed since the above-referenced return of plaintiff's mail, and plaintiff has not notified the Court of his correct current address, this action is hereby DISMISSED. The dismissal is without prejudice to plaintiff's refiling his claims in a new action in which plaintiff provides his correct address and keeps that address current as required by Rule 3-11.

Order of Dismissal
N:\Pro - Se\8.17.2007\04-03896 Wilkins03896_311dismissal.wpd

      Defendants are no longer required to file dispositive motions in this case, as had been ordered in the April 13, 2007 Order of Service.

      All pending motions are terminated.

DATED:  August 1, 2007

JAMES WARE  
United States District Judge

Order of Dismissal  
N:\Pro - Se\8.17.2007\04-03896 Wilkins03896_311dismissal.wpd    2